AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| KNOWLES ENTERPRISES, INC., a Florida corporation, *Plaintiff(s)* v. AKESO HEALTH SCIENCES, LLC, a California limited liability company, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  16-cv-61624-Zloch |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AKESO HEALTH SCIENCES, LLC
c/o Jenny Bolger, Agent for Service
4607 Lakeview Canyon # 561
Westlake Village, CA 91361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward F. McHale
McHale & Slavin, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 8, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts